UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| MALIBU MEDIA, LLC, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>JOHN DOE subscriber assigned IP address )<br>68.33.74.113, )<br>)<br>    Defendant. )<br>_____ ) | Civil Case No. <u>1:19-cv-02347-RC</u> |

## STATUS REPORT

Pursuant to this Court's Order dated December 12, 2019, Plaintiff is required to provide this Court with a status of this case. On or about September 11, 2019, Plaintiff served the subpoena on the ISP and is received the ISP's response on October 22, 2019. Upon receipt of the subscriber's identifying information, Plaintiff conducted a thorough investigation and determined that a good faith basis exists to name the subscriber as the defendant infringer.

    Plaintiff was in the process of preparing its Amended Complaint to name the Defendant. However, Defendant indicated that he wanted to proceed anonymously. Therefore, an Agreed Motion Seeking Leave to Proceed Anonymously was filed on January 27, 2020. Thus, Plaintiff is awaiting this Honorable Court's ruling for direction on how to proceed with amending its complaint.

Dated: January 27, 2020.

                                                                                  Respectfully submitted,

                                                                                  MALIBU MEDIA, LLC.
                                                                                  PLAINTIFF
                                                                                   By:  /s/ *Jon A. Hoppe*
                                                                                  Jon A. Hoppe, Esquire #438866
                                                                                   *Counsel*

Law Offices of Jon A. Hoppe,
Esquire, LLC
7625 Wisconsin Avenue
2nd Floor
Bethesda, Maryland 20814
Tel: (202) 587-2994
E-mail: jhoppe@mhhhlawfirm.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on January 27, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ <i>Jon A. Hoppe</i>