# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) Civil Case No. 1:19-cv-02347-RC |
| v. | ) |
| JOHN DOE subscriber assigned IP address 68.33.74.113, | ) |
| Defendant. | ) |

## PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF PLAINTIFF'S CLAIMS AND TO DISMISS DEFENDANT'S COUNTERCLAIM

Plaintiff, Malibu Media, LLC ("Plaintiff"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(2) and Fed. R. Civ. P. 12(b)(6), hereby moves for entry of an order dismissing Plaintiff's claim against Defendant, John Doe subscriber assigned IP address 68.33.74.113 ("Defendant") without prejudice, and dismissing Defendant's Counterclaim [CM/ECF 20] without prejudice, with each party bearing its own fees and costs.

Dated: February 18, 2020            Respectfully submitted,

**MALIBU MEDIA, LLC.**
**PLAINTIFF**

By:   */s/ Jon A. Hoppe*
Jon A. Hoppe, Esquire #438866
*Counsel*
Law Offices of Jon A. Hoppe, Esquire, LLC
7625 Wisconsin Avenue
2nd Floor
Bethesda, Maryland 20814
(202) 587-2994 x2601 (ph.)
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that February 18, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                       By:    /s/ *Jon A. Hoppe*